### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID AUSTIN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ER SOLUTIONS, INC.** | : | **NO. 11-6057** |

### ORDER

**AND NOW**, this 18th day of January, 2012, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

      /s/Timothy J. Savage  
      TIMOTHY J. SAVAGE, J.